

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 8, 2023

**BY EMAIL**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY
10007

**MEMORANDUM ENDORSED**

Re: *United States v. Javaid Iqbal*, 20 Mag. 9525, 23 Cr. ___ (LAK)

Dear Judge Gorenstein:

The Government writes respectfully to request that the Court unseal the Complaint and associated materials for the above-referenced defendant.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: *Samuel Raymond*
Samuel L. Raymond
Assistant United States Attorney
(212) 637-6519

The application to unseal is granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

March 9, 2023