```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

       - v -                     :      ORDER   ACCEPTING
                                        PLEA ALLOCUTION
JAVAID IQBAL,                    :

            Defendant.           :

- - - - - - - - - - - - - - - - x
```

The Court has reviewed the transcripts of the plea allocutions in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, dated March 8, 2023, is approved and accepted.

Dated:   New York, New York
         May 17, 2023

SO ORDERED:

The Honorable Lewis A. Kaplan
United States District Judge