# MEMO ENDORSED

### THE LAW OFFICES OF STEVEN E. LYNCH
125 MAIDEN LANE, SUITE 5C
NEW YORK, NEW YORK 10038
TELEPHONE: (212) 498-9494
FAX: (212) 498-9320
STEVEN@STEVENELYNCH.COM

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-2023
```

June 30, 2023

**By ECF**
Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  Temporary Bail Modification - *US v. Javaid Iqbal*, 23 Cr. 121 (LAK)

Dear Judge Kaplan:

      I represent Javaid Iqbal in the above-captioned matter.  Mr. Iqbal is currently released on bail with his travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey.

      Mr. Iqbal's cousin is visiting with his wife and two children from Manchester, England.  Mr. Iqbal would make the following trips with them while they are in the United States:

* Sunday, July 2nd from Brooklyn to Washington D.C. returning to Brooklyn the same day;
* Tuesday, July 4th from Brooklyn to Niagara Falls, NY returning to Brooklyn on Wednesday, July 5th; and
* Thursday, July 6th from Brooklyn to the Poconos returning to Brooklyn the same day.

      I have provided Pretrial Services and the government with the details of Mr. Iqbal's proposed travel.  Pretrial Officer Jackson is out of the office until July 5, 2023 and has not responded to Mr. Iqbal's travel request.  AUSA Raymond consents to Mr. Iqbal's temporary bail modification.

Respectfully submitted,

Steven Lynch

Cc:  AUSA Samuel Raymond (by ECF)
     U.S. Pretrial Services Officer Dominique Jackson (by email)

**Granted.**

**SO ORDERED.**

**/s/ Lewis A. Kaplan**
Lewis A. Kaplan, U.S.D.J.

**Dated: June 30, 2023**