USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

UNITED STATES OF AMERICA
                                :       CONSENT PRELIMINARY ORDER
                                      OF FORFEITURE/
       - v. -                     :       MONEY JUDGMENT

JAVAID IQBAL,
                                :       23 Cr. 121 (LAK)
           Defendant.
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about March 8, 2023, JAVAID IQBAL (the "Defendant"), was charged in an Information, 23 Cr. 121 (LAK) (the "Information"), with conspiracy to operate an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count One of the Information, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the charged in Count One of the Information;

WHEREAS, on or about March 8, 2023, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $3,600 in United States currency, representing property involved in the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $3,600 in United States currency, representing the property involved in the offense charged in Count One of the Information, for which the Defendant is jointly and severally liable with co-conspirator Riaz Shahid ("Shahid") charged in case number 19 Cr. 888 (LAK), to the extent a forfeiture money judgment was entered against Shahid in that case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count One of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Samuel Raymond, of counsel, and the Defendant and his counsel, Steven Lynch, Esq., that:

1.      As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $3,600 in United States currency (the "Money Judgment"), representing the property involved in the offense charged in Count One of the Information, for which the Defendant is jointly and severally liable with Shahid, to the extent a forfeiture money judgment was entered against Shahid in case number 19 Cr. 888 (LAK) shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant JAVAID IQBAL, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York


By: _____          1/4/24
        SAMUEL RAYMOND                                          DATE
        Assistant United States Attorney
        1 St. Andrew's Plaza
        New York, NY 10007
        (212) 637-6519


JAVAID IQBAL

By: _____          1-4-24
        JAVAID IQBAL                                                DATE


By: _____          1/4/24
        STEVEN LYNCH, ESQ.                                    DATE
        Attorney for Defendant


SO ORDERED:

_____          1/4/24
HONORABLE LEWIS A. KAPLAN                      DATE